Noelle E. Dwarzski OSB 131886
David S. Barlow OSB 840101
McKenzie Rothwell Barlow & Coughran, P.S.
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Tel. (206) 224-9900
davidb@mrbclaw.com
noelled@mrbclaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION PLAN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>R&M FOODS, INC. D/B/A HANK'S THRIFTWAY, HERING INVESTMENTS, LLC, PERFECTION BAKERY, HANK'S PROPERTIES, LLC and DOES 1-25,<br><br>　　　　　　　Defendants. | Case No. 3:16-cv-00455-SI<br><br>ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT HERING INVESTMENTS, LLC |

　　　　In accordance with Plaintiff and Defendant Hering Investment, LLC's stipulated motion, it is hereby

　　　　ORDERED, ADJUDGED AND DECREED that Defendant Hering Investments, LLC is dismissed without prejudice and without costs or fees to either party.

　　　　DATED this 12th day of May, 2016.

　　　　　　　　　　　　　　　　/s/ Michael H. Simon
　　　　　　　　　　　　　　　　The Honorable Michael H. Simon
　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER OF VOLUNTARY DISMISSAL OF
DEFENDANT – 1

3801.000 (wdl) re121203