Noelle E. Dwarzski OSB 131866
David S. Barlow OSB 840101
McKenzie Rothwell Barlow & Coughran, P.S.
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Tel. (206) 224-9900
davidb@mrbclaw.com
noelled@mrbclaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| BOARD OF TRUSTEES OF THE OREGON RETAIL EMPLOYEES PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>R&M FOODS, INC. D/B/A HANK'S THRIFTWAY, HERING INVESTMENTS, LLC, PERFECTION BAKERY, HANK'S PROPERTIES, LLC and DOES 1-25,<br><br>Defendants. | Case No. 3:16-cv-00455-SI<br><br>ORDER OF VOLUNTARY DISMISSAL OF ALL REMAINING DEFENDANTS AND THIS ACTION WITH PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTY |
|---|---|

In accordance with Plaintiff's and Defendants' R&M Foods, Inc. d/b/a Hank's Thriftway and Perfection Bakery's Stipulated Motion brought pursuant to FRCP 41(a)(1)(A)(ii), it is hereby:

ORDERED, ADJUDGED AND DECREED that the claims against Defendants R&M Foods, Inc. d/b/a Hank's Thriftway and Perfection Bakery are dismissed with prejudice and without costs or fees to any party and this action is dismissed in its entirety.

////

////

ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT – 1

DATED this 22nd day of August, 2016.

                                           _/s/ Michae. H. Smon_____
                                           The Honorable Michael H. Simon
                                           U.S. District Court Judge

Submitted by:

| | |
|---|---|
| _s/ Noelle E. Dwarzski_ | _/s/ Thomas I. Kramer_ |
| Noelle E. Dwarzski, OSB 131866 | Thomas I. Kramer, OSB 811504 |
| | |
| _s/ David S. Barlow_ | _/s/ Kirk S. Peterson_ |
| David S. Barlow, OSB 840101 | Kirk S. Peterson, OSB 933974 |
| | |
| McKENZIE ROTHWELL BARLOW   & COUGHRAN, P.S. | BULLARD LAW |
| 1325 4th Ave., Suite 910 | 200 SW Market Street, Suite 1900 |
| Seattle, WA 98101 | Portland, OR  97201 |
| Tel. (206) 224-9900 | Tel. (503) 248-1134 |
| noelled@mrbclaw.com | tkramer@bullardlaw.com |
| davidb@mrbclaw.com | kpeterson@bullardlaw.com |
| Attorneys for Plaintiff Trust | Attorneys for Defendants R&M Foods, Inc. and Perfection Bakery |

ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT – 2

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3801.000 008 rh221202